**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**SHARON S. LINDSEY**                                                     **PLAINTIFF**

**Versus**                                                             **Cause No. 3:13cv325-HTW-LRA**

**BEDFORD CARE CENTER OF
MENDENHALL, LLC, and CAROLYN DAVIS**                         **DEFENDANTS**

**AGREED ORDER EXTENDING MOTIONS DEADLINE**

Pursuant to the agreement of counsel, the Motions Deadline in this case set by the original Case Management Order (Doc 7) for August 8, 2014, is hereby amended.  All motions, including dispositive motions, shall be due by August 18, 2014.  For any summary judgment motion filed, the deadline for response shall be September 5, 2014.

SO ORDERED and ADJUDGED this the 8th day of August, 2014.

                                                                 s/ HENRY T. WINGATE
                                                                 UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ R. Todd Willis, Jr.
R. Todd Willis, Jr., Plaintiff's Attorney

/s/ Robin L. Roberts
Robin L. Roberts, Defendants' Attorney

Presented to the Court by:
**Robin L. Roberts** (MB #5596)
Robin L. Roberts, Attorneys at Law, PLLC
P. O. Box 1953
Hattiesburg, MS 39403-1953
(601) 544-0950
(601) 450-5395 (fax)
Email: robin@rablaw.net